```
ARTHUR J. LIU, CA STATE BAR NO.:196874
INTER-PACIFIC LAW GROUP, INC.
1904 Franklin Street, Suite 203
Oakland, CA 94612
Telephone.: (510) 986-1198
Facsimile: (510) 986-0889
arthurliuusa@yahoo.com

Attorneys for Defendant
SHANGHAI GOURMET, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| BAO YI YANG, WEI WANG, AND LIANG XIAN FU,<br><br>    Plaintiffs,<br>vs.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10<br><br>    Defendants. | Case No. C07 04482 JL<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS NOTIFIED THAT ARTHUR J. LIU OF INTER-PACIFIC LAW GROUP INC. HEREBY enters appearance as counsel of record for Defendant Shanghai Gourmet, LLC.

Date:  November 6, 2007               INTER-PACIFIC LAW GROUP, INC.


                                      _____
                                      Arthur J. Liu, Esq.
                                      Attorneys for Defendant
                                      Shanghai Gourmet, LLC

Notice of Appearance
Case No.: C 07 04482                  Page 1 of 1