**CERTIFICATE OF SERVICE**
**(FRCP 5, LR 5-6 & 28 U.S.C. § 1746)**

I, Arthur J. Liu, declare as follows:

I am over eighteen years of age and not a party to the within action; My business address is 1904 Franklin Street, Suite 203, Oakland, California.

On November 6, I served the following documents:

NOTICE OF APPEARANCE
ANSWER

Case No.: C 07 04482 JL

on the interested parties in this action, as set forth below:

Adam Wang
Counsel for Plaintiffs
12 South First Street, Suite 613
San Jose, CA 95113

__X__   By first class mail with postage prepaid: On November 6, 2007, I caused true and correct copies of the above-described documents to be placed and sealed in envelopes for collection and mailing with the United States Postal Service on the same day to the above address.

_____   By Hand Delivery: On November 8, 2007, I caused true and correct copies of the above-described documents to be hand delivered to the above-described person(s) and address(es).

__X__   By Facsimile: On November 6, 2007, I faxed true and correct copies of the above- described documents to Adam Wang at (408) 292 1045   and received electronic confirmation of receipt.

_____   In person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Oakland, CA, on November 6, 2007.

_____
Arthur J. Liu

**Certificate of Service**
Case No.: C 07 04482 JL                           - 1 -