UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAO YANG, et al.,

     Plaintiff(s),                       No. C07-4482 JL

    v.                                **NOTICE OF TIME CHANGE**

SHANGHAI GOURMET, et al.,

     Defendant(s).
_____/

    The Case Management Conference in the above entitled case is hereby set for **2:00 p.m .** on December 12, 2007 in Courtroom F before Chief Magistrate Judge James Larson.

Dated: December 4, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson