1  ARTHUR J. LIU, CA STATE BAR NO.:196874
   INTER-PACIFIC LAW GROUP, INC.
2  1904 Franklin Street, Suite 203
   Oakland, CA 94612
3  Telephone.: (510) 986-1198
   Facsimile: (510) 986-0889
4  arthurliuusa@yahoo.com

5  Attorneys for Defendant
   SHANGHAI GOURMET, LLC
6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO

10 BAO YI YANG, WEI WANG, AND      )    Case No. C07 04482 JL
   LIANG XIAN FU,                  )
11                                 )
          Plaintiffs,              )    CERTIFICATION OF INTERESTED
12        vs.                      )    ENTITIES OR PERSONS
                                   )
13 SHANGHAI GOURMET, LLC, dba      )
   SHANGHAI GOURMET, and DOES 1-10 )
14                                 )
          Defendants.              )
15 _____

16    TO THE COURT AND RELATED PARTIES AND THEIR COUNSEL OF RECORD:

17       IT IS NOTIFIED THAT Mr. Xu Liang Shen and Ms. Bojuan Liu are members of and have

18 an interest in Shanghai Gourmet, LLC., the Defendant in this matter.

19

20 Date:  December 12, 2007              INTER-PACIFIC LAW GROUP, INC.

21

22                                      _____
                                        Arthur J. Liu, Esq.
23                                      Attorneys for Defendant
                                        Shanghai Gourmet, LLC

24

25

26

27 Certification of Interested Entities/Persons
28 Case No.: C 07 04482              Page 1 of 1