**CERTIFICATE OF SERVICE**
**(FRCP 5, LR 5-6 & 28 U.S.C. § 1746)**

I, Arthur J. Liu, declare as follows:

I am over eighteen years of age and not a party to the within action; My business address is 1904 Franklin Street, Suite 203, Oakland, California.

On December 12, 2007, I served the following documents:

Certificate of Interested Entities/Persons.

Case No.: C 07 04482 JL

on the interested parties in this action, as set forth below:

Adam Wang
Counsel for Plaintiffs
12 South First Street, Suite 613
San Jose, CA 95113

__X__  By first class mail with postage prepaid: On December 12, 2007, I caused true and correct copies of the above-described documents to be placed and sealed in envelopes for collection and mailing with the United States Postal Service on the same day to the above address.

_____  By Hand Delivery: On December 12, 2007, I caused true and correct copies of the above-described documents to be hand delivered to the above-described person(s) and address(es).

__X__  By Facsimile: On December 12, 2007, I faxed true and correct copies of the above- described documents to Adam Wang at (408) 292 1045     and received electronic confirmation of receipt.

_____  In person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Oakland, CA, on December 12, 2007.

_____
Arthur J. Liu

**Certificate of Service**
Case No.: C 07 04482 JL                          - 1 -