## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          **FTR 2:09 -2:13 ( 4 min)**
Date: **December 12, 2007**

Case No: **C07- 4482 JL**

Case Name:**Bao Yang, et al v. Shanghai Gourmet**

Plaintiff  Attorney(s): Adam Wang
Defendant Attorney(s): Arthur Liu

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to ADR for mediation.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3-12-08 @10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff: Court adopted counsels' proposed dates.
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court

Notes:.

cc: Venice, Kathleen, ADR