IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAO YANG, ET AL )
         Plaintiff(s), ) No.: C- 07-4482 JL
    v. )
SHANGHAI GOURMET ) CONSENT TO PROCEED BEFORE A
         Defendant(s). ) <u>UNITED STATES MAGISTRATE JUDGE</u>

<u>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____   _____
Attorney for Plaintiff       Attorney for Defendant

Dated: 12/12/07