# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Yang,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Shanghai Gourmet, LLC,<br><br>　　　　　Defendant(s). | 07-04482 JL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Philip B. Bass**
388 Edgewood Ave.
Mill Valley, CA 94941
415-380-9130

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04482 JL MED　　　　　　　　　　- 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: December 26, 2007

5     RICHARD W. WIEKING
    Clerk
6     by:   Claudia M. Forehand

7 

8     ADR Case Administrator
    415-522-2059
9     Claudia_Forehand@cand.uscourts.gov

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04482 JL MED          - 2 -