1  ADAM WANG (STATE BAR NUMBER 201233)
   LAW OFFICES OF ADAM WANG
   12 South First Street, Suite 613
2  San Jose, CA 95113
   Tel:  (408) 292-1040
3  Fax:  (408) 292-1045

4  Attorney for Plaintiffs
   BAO YI YANG, WEI WANG & LIANG-XIAN FU
5

6              UNITED STATES DISTRICT COURT

7              FOR DISTRICT OF NORTHERN CALIFORNIA

| BAO YI YANG, WEI WANG, AND LIANG-XIAN FU, | Case No.: C07-04482 JL |
|---|---|
| Plaintiffs, | TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE |
| vs. | |
| SHANGHAI GOURMET, LLC dba SHANGHAI GOURMET and DOES 1-10 | |
| Defendants | |

On March 12, 2008 at 11:00 AM, Plaintiffs' counsel has a mediation session in another case which had been canceled and rescheduled several times due to various reasons.  As such, Plaintiffs' counsel is unable to attend the Case Management Conference scheduled on March 12, 2008 at 10:00 AM in person. Pursuant to an earlier telephone conversation with the Court clerk, Plaintiffs' counsel will appear by phone, and can be reached at 408-421-3403.

Dated:  March 11, 2008

By: /s/ Adam Wang
    ADAM WANG
    Attorneys for Plaintiffs