## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:42 - 10:45 (03 min)
Date: **March 12, 2008**

Case No: **C07- 4482 JL**

Case Name:**Bao Yang, et al v. Shanghai Gourmet**

Plaintiff  Attorney(s): Adam Wang- requested appearance by phone, but did not answer
Defendant Attorney(s): Arthur Liu

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 8-6-08 @10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff: Court adopted counsels' proposed dates.
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court


Notes: Court to notify Mr. Wang.



cc: Venice, Kathleen,