ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
BAO YI YANG, WEI WANG & LIANG-XIAN FU

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| BAO YI YANG, WEI WANG, AND LIANG-XIAN FU,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC dba SHANGHAI GOURMET and DOES 1-10<br><br>Defendants | Case No.: C07-04482 JL<br><br>TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE |

On March 12, 2008 at 11:00 AM, Plaintiffs' counsel has a mediation session in another case which had been canceled and rescheduled several times due to various reasons.  As such, Plaintiffs' counsel is unable to attend the Case Management Conference scheduled on March 12, 2008 at 10:00 AM in person. Pursuant to an earlier telephone conversation with the Court clerk, Plaintiffs' counsel will appear by phone, and can be reached at 408-421-3403.

Dated:  March 11, 2008

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiffs

March 12, 2008

*IT IS SO ORDERED*
*Judge James Larson*

TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE
Yang v. Shanghai Gourmet, et al.

1                                            C07-4482 JL