# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Yang, | No. C 07-04482 JL MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Shanghai Gourmet, LLC, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 3/11/2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 3/11/2008       _____
                       Mediator, Philip B. Bass
                       388 Edgewood Ave.
                       Mill Valley, CA 94941

**Certification of ADR Session**
07-04482 JL MED