ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| BAO YI YANG, WEI WANG, AND LIANG XIAN FU<br><br>Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10<br><br>Defendants | Case No.: C07-4482 JL<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:       July 2, 2007<br>Time:       9:30 AM<br>Judge :    Honorable James Larson<br>Trial Date: None |
|---|---|

I, the undersigned, declare as follows:

    1.    I am duly licensed to practice law in the State of California, am the attorney of record for Plaintiffs in this case. I have personal knowledge of the facts stated herein and, if called upon to testify before this court, I could and would testify competently to the following facts.

    2.    On May 2, 2008, by registered mail with return receipt requested, I sent both California Labor and Workforce Development Agency and Defendants a letter alleging various Labor Code violations by Defendants, and indicating Plaintiffs' intension to recover unpaid wage and appropriate penalties authorized under Labor Code § 558 on behalf all former and current employees pursuant to Private Attorney General's Act, Labor Code § 2699, *et seq.* Exhibit 1 hereto is a true and accurate copy of such a letter.

1                                                                                           **Case No.: 07-04482 JL**

DECLARATION OF ADAM WANG IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Yang v. Shanghai Gourmet LLC, et al.

3.  While parties submitted a Joint Case Management Statement agreeing to a fact discovery cutoff on September 3, 2008 (Docket #7), and the Court adopted parties' Joint Case Management Statement in its Minutes (Docket #18), the Court has not set a trial date and date for pre-trial conference in this case.

4.  To date, no depositions have been taken; and parties have taken only preliminary discoveries to facilitate mediation.

I do declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  May 16, 2008                          By: /s/ Adam Wang
                                                  Attorney for Plaintiffs