1  ARTHUR J. LIU, CA STATE BAR NO.:196874
   INTER-PACIFIC LAW GROUP, INC.
2  1904 Franklin Street, Suite 203
   Oakland, CA 94612
3  Telephone.: (510) 986-1198
   Facsimile: (510) 986-0889
4  arthurliuusa@yahoo.com

5  Attorneys for Defendant
   SHANGHAI GOURMET, LLC
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN FRANCISCO
9
   BAO YI YANG, WEI WANG, AND        )    Case No. C07 04482 JL
10 LIANG XIAN FU,                    )
                                     )
11         Plaintiffs,               )    ASSOCIATION OF COUNSEL
         vs.                         )
12                                   )
   SHANGHAI GOURMET, LLC, dba        )
13 SHANGHAI GOURMET, and DOES 1-10   )
                                     )
14         Defendants.               )

15 _____

   TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL
16
   PLEASE BE NOTIFIED THAT THE FOLLOWING LAW FIRM IS ASSOCIATED INTO THIS
17
   MATTER:
18                         John G. Downing
                           Downing Law Firm
19                    109 Geary Street, 4th Floor
                       San Francisco, CA 94108
20              Tel: (415) 986 3644 Fax: (415) 449 6047
                  email: jgdowning@sbcglobal.net
21
   Dated: June 18, 2008              DOWNING LAW FIRM
22

23                                   _____
                                     John G. Downing
24
   Dated: June 18, 2008              INTER-PACIFIC LAW GROUP INC.
25
                               By:   _____
26                                   ARTHUR J. LIU, Attorneys for

27
   Association of Counsel
28 Case No.: C 07 04482             Page 1 of  2

1               Plaintiff Jonathan Sun

28  Association of Counsel
    Case No.: C 07 04482              Page 2 of  2