ARTHUR J. LIU, CA STATE BAR NO.:196874
INTER-PACIFIC LAW GROUP, INC.
1904 Franklin Street, Suite 203
Oakland, CA 94612
Telephone.: (510) 986-1198
Facsimile: (510) 986-0889
arthurliuusa@yahoo.com

Attorneys for Defendant
SHANGHAI GOURMET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| BAO YI YANG, WEI WANG, AND LIANG XIAN FU, <br><br> Plaintiffs, <br> vs. <br><br> SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10 <br><br> Defendants. | Case No. C07 04482 JL <br><br> ASSOCIATION OF COUNSEL |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL

PLEASE BE NOTIFIED THAT THE FOLLOWING LAW FIRM IS ASSOCIATED INTO THIS MATTER:

John G. Downing
Downing Law Firm
109 Geary Street, 4th Floor

109 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: (415) 986 3644 Fax: (415) 449 6047
email: jgdowning@sbcglobal.net

Dated: June 18, 2008                             DOWNING LAW FIRM

                                                 _____
                                                 John G. Downing

Dated: June 18, 2008                             INTER-PACIFIC LAW GROUP INC.

                                        By:      _____
                                                 ARTHUR J. LIU, Attorneys for
                                                 Defendant Shanghai Gourmet LLC

Association of Counsel
Case No.: C 07 04482                    Page 1 of  1