1 | on the interested parties in this action, as set forth below:

    Adam Wang
    Law Offices of Adam Wang
    12 South First Street, Suite 613
    San Jose, CA 95113

__X__ By Mail: On June 18, 2008, I caused true and correct copies of the above-described documents to be placed and sealed in envelopes for collection and mailing with the United States Postal Service on the same day to the above address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 18, 2008 in Truckee, California.

                                                        ____/s/_____
                                                        BEV BROWN

**Certificate of Service**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**     Page 2