**CERTIFICATE OF SERVICE**
**(FRCP 5, LR 5-6 & 28 U.S.C. § 1746)**

I, Arthur J. Liu, declare as follows:

I am over eighteen years of age and not a party to the within action; My business address is 1904 Franklin Street, Suite 203, Oakland, California.

On June 18, 2008, I served the following documents:

Association of Counsel

Case No.: C 07 04482 JL

on the interested parties in this action, as set forth below:

Adam Wang
Counsel for Plaintiffs
12 South First Street, Suite 613
San Jose, CA 95113

__X__   By first class mail with postage prepaid:   June 18, 2008, I caused true and correct copies of the above-described documents to be placed and sealed in envelopes for collection and mailing with the United States Postal Service on the same day to the above address.

_____   By Hand Delivery: On June 18, 2008, I caused true and correct copies of the above-described documents to be hand delivered to the above-described person(s) and address(es).

_____   By Facsimile: On   June 18, 2008, I faxed true and correct copies of the above- described documents to Adam Wang at (408) 292 1045    and received electronic confirmation of receipt.

_____   In person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Oakland, CA, on June 18, 2008.

_____/s/_____
Arthur J. Liu

**Certificate of Service**
Case No.: C 07 04482 JL                     - 1 -