## CIVIL MINUTES

**Chief Magistrate Judge James Larson**            **Kathy Wyatt - Court Reporter**
Date: **July 2, 2008**                                              9:36-9:48 (12 min)

Case No: **C07- 4482 JL**

Case Name: **Bao Yang, et al v. Shanghai Gourmet**

Plaintiff  Attorney(s): Adam Wang
Defendant Attorney(s): John Downing

Deputy Clerk:  **Wings Hom**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.Pltf's mo to file 1st amended complt | Submitted |
| 2. | |
| 3. | |
| 4. | |

[ ]Fur Case Management Conference [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at , set for  days.
       [ ] Jury  [ ] Court


Notes: Each side to provide further points & authorities and citation of cases w/in 10 days.



cc: Venice, Kathleen,