ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| BAO YI YANG, WEI WANG, AND LIANG XIAN FU<br><br>Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10<br><br>Defendants | Case No.: C07-4482 JL<br><br>**SUPPLEMENTAL DECLARATION OF ADAM WANG IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

I, the undersigned, declare as follows:

    1.    I am duly licensed to practice law in the State of California, am the attorney of record for Plaintiffs in this case. I have personal knowledge of the facts stated herein and, if called upon to testify before this court, I could and would testify competently to the following facts.

    2.    Exhibit 1 hereto is a true and accurate copy of an analysis by the California Senate Rules Committee on SB Bill No. 796 introduced on May 12, 2003. The document may be found at the website maintained by California Legislative Council at:

http://www.leginfo.ca.gov/pub/03-04/bill/sen/sb_0751-0800/sb_796_cfa_20030521_124334_sen_floor.html.

3.     Exhibit 2 hereto is a true and accurate copy of Senate Bill No. 796 as amended on May 12, 2003.  The document can be found at the website maintained by California Legislative Council at: http://www.leginfo.ca.gov/pub/03-04/bill/sen/sb_0751-0800/sb_796_bill_20030512_amended_sen.pdf.

4.     Exhibit 3 hereto is a true and accurate copy of an analysis by the Chair of California Senate Committee on Labor and Industrial Relations on the SB Bill NO. 796 as amended on March 26, 2003.  The document may be found at at the website maintained by California Legislative Council at:  http://www.leginfo.ca.gov/pub/03-04/bill/sen/sb_0751-0800/sb_796_cfa_20030408_121552_sen_comm.html.

5.     Exhibit 4 hereto is a true and accurate copy of a SB Bill No. 796 as passed by the California Legislature and approved by the California Governor in October 2003.

6.     Exhibit 5 hereto is a true and accurate copy of Proposition 64 as voted on and passed by California voters in November 2004.

I do declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  July 11, 2008                                    By: /s/ Adam Wang
                                                            Attorney for Plaintiffs

SUPPLEMENTAL DECLARATION OF ADAM WANG IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Yang v. Shanghai Gourmet LLC, et al.