ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| BAO YI YANG, WEI WANG, AND LIANG XIAN FU<br><br>Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10<br><br>Defendants | Case No.: C07-4482 JL<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date:       September 9, 2008<br>Time:       9:30 AM<br>Judge :     Honorable James Larson<br>Trial Date:  None |

I, the undersigned, declare as follows:

1.     I am duly licensed to practice law in the State of California, am the attorney of record for Plaintiffs in this case. I have personal knowledge of the facts stated herein and, if called upon to testify before this court, I could and would testify competently to the following facts.

2.     On May 2, 2008, by registered mail with return receipt requested, I sent both California Labor and Workforce Development Agency and Defendants a letter alleging various Labor Code violations by Defendants, and indicating Plaintiffs' intension to recover unpaid wage and appropriate penalties authorized under Labor Code § 558 on behalf all former and current employees pursuant to Private Attorney General's Act, Labor Code § 2699, *et seq.*

3. On June 12, 2008, California Labor and Workforce Development Agency issued a letter indicating that it does not intend to investigate into Defendant's violations.

4. In response to Plaintiffs' interrogatories, Defendant Shanghai Gourmet LLC admitted that individual Defendant Xu Liang Shen hired and supervised each Plaintiff. It is also admitted that Xu Liang Shen was also responsible for tracking the number of hours worked by each Plaintiff, calculating the wage due each Plaintiff and paying each Plaintiff.

I do declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 1, 2008                         By: /s/ Adam Wang
                                                  Attorney for Plaintiffs

DECLARATION OF ADAM WANG IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
<u>Yang v. Shanghai Gourmet LLC, et al.</u>