IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO YI YANG, ET AL, | No. C 07-04482 JL |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| SHANGHAI GOURMET, LLC, | |
| Defendant.                                   / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Case Management Conference* previously set for 08/06/08 at 10:30 AM has been rescheduled for **Wednesday, 08/13/08** at **10:30 AM**, before Magistrate Judge James Larson.  Please report to Courtroom F, on the 15th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated:   August 7, 2008                                                         FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
R. B. Espinosa
Deputy Clerk