Arthur J. Liu (State Bar No. 196874)
INTER-PACIFIC LAW GROUP, INC.
1904 Franklin Street, Suite
Oakland, CA 94612
Tel.: (510) 986-1198
Fax: (510) 986-0889

John Gregory Downing (State Bar No. 157717)
DOWNING LAW FIRM
109 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: (415) 986-3644
Fax: (415) 449-6047

Attorneys for Defendant
SHANGHAI GOURMET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO YI FANG, WEI WANG, and LIANG XIAN FU, <br><br> Plaintiff, <br><br> vs. <br><br> SHANGHAI GOURMET, LLC, <br><br> Defendants. | **Case No.: C07-04882 JL** <br><br> **OPPOSITION TO MOTION FOR ORDER SHORTENING TIME** <br><br><br> No Hearing <br> Dept: 16, Hon. James Larson |

I, JOHN G. DOWNING, declare:

1. I am an attorney licensed to practice law before all the Courts of the State of California and before the United States District Court for the Northern District of California. Along with Arthur Liu, I am representing Defendant SHANGHAI GOURMET, LLC ("Defendant"). If called, I could competently testify to the following of my own personal knowledge.

2. On behalf of Defendant, we hereby oppose any order shortening time for hearing on Plaintiffs' Motion for Leave to filed a Second Amended Complaint.

**Opposition to Motion for Leave to Amend**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**                                                                 Page 1

3. To begin with, no showing has been made by Plaintiffs as to why an order shortening time is required. In addition, I will be on vacation over the next ten (10) days and it is my understanding that Mr. Liu is out of town through August 12th. An order shortening time would thus deprive us of any meaningful opportunity to understand why Plaintiffs are seeking to again amend their complaint and oppose such an amendment.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and of my own personal knowledge and executed on August 7, 2008 in Truckee, California.

_____ /s/_____

John G. Downing

**Opposition to Motion for Leave to Amend**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**                                                                Page 2

I, BEV BROWN, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 10069 West River Street, Truckee, California, I am employed in Nevada County, California.

On August 7, 2008, I served the following documents:

**(1)   ANSWER OF BENEFICIARY DEFENDANTS;**

**(2)   COUNTER-CLAIM; and**

**(3)   CROSS-CLAIM.**

on the interested parties in this action, as set forth below:

<u>Attorneys for Debtors</u>                                          Chico, CA 95926

Fred Schill, Esq.
2068 Talbert Dr #300
Chico, CA 95928
E-mail: attyfschill@hotmail.com


Les Hait, Esq.
762 East Avenue

**Opposition to Motion for Leave to Amend**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**                                          Page 3

1 | Request for Special Notice

3 | Dennis Cowan
4 | PO Box 992090
5 | Redding, CA 96099-2090
6 | E-mail: office@dcowanlaw.com

8 | Trustee(s)
9 | Office of the U.S. Trustee
10 | 501 "I" Street, Ste. 7500
11 | Sacramento, CA 95814

14 |   X    By Mail: On August 7, 2008, I caused true and correct copies of the above-described documents to be placed and sealed in envelopes for collection and mailing with the United States Postal Service on the same day to the above address.

19 |   X    By E-mail  On August 7, 2008, I caused true and correct copies of the above-described documents to be sent via e-mail to the addresses referenced above.

24 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 7, 2008 in Truckee, California.

**Opposition to Motion for Leave to Amend**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**                                                         Page 4

1

2 _____/s/_____

3 BEV BROWN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **Opposition to Motion for Leave to Amend**
*Yang v. Shanghai Gourmet* **(Case No. C07-04482)**                                                                 Page 5