## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:40 - 10:47 (07 min)
Date: **August 13, 2008**

Case No: **C07- 4482 JL**

Case Name:**Bao Yang, et al v. Shanghai Gourmet, et al**

Plaintiff  Attorney(s): Adam Wang
Defendant Attorney(s): Nancy Zhuapp.spec for Arthur Liu

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                          **RULING:**
1.
2.
3.
4.
[ X]Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 9-3-08 @9:30 a.m. for hearing pltf's mo to file 2nd amended complaint and fur CMC

**PRETRIAL SCHEDULE:**
Discovery cutoff: Court adopted counsels' proposed dates.
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ]  Court


Notes: Two new defts to decide on consent.



cc: Venice, Kathleen,