1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4    BAO YANG, et al.,

5              Plaintiff(s),                    No.C07-4482  JL

6         v.                                    **NOTICE**

7    SHANGHAI GOURMET, et al.,

8              Defendant(s).
     _____/

9

10        Counsel shall comply with following briefing schedule in the above entitled case:

11   opposition due August 22, 2008 and reply on August 27, 2008 on plaintiff's motion to file

12   second amended complaint scheduled to be heard on September 3, 2008 @ 9:30 a.m.

13

14
     Dated:  August 13, 2008                    *Wings Hom*
15                                              _____
                                                Wings Hom Courtroom Deputy  to
16                                              Chief United States Magistrate Judge
                                                James Larson
17

18

19

20

21

22

23

24

25

26

27

28

Blank.frm                          1