ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| BAO YI YANG, WEI WANG, AND LIANG XIAN FU,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET, and DOES 1-10<br><br>Defendants | Case No.: C07-4482 JL<br><br>**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
|---|---|

Despite the fact that they "bear the burden to burden of demonstrating that a substantial reason exists to deny leave to amend." *State of Cal. ex rel. Mueller v. Walgreen Corp.*, 175 F.R.D. 631, 637 (N.D. Cal. 1997), in their Opposition, Defendants have utterly failed to meet such a burden to justify a denial of a leave to file a Second Amended Complaint. Specifically, Defendants have failed to demonstrate "undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments" to justify the denial. *Moore v. Kayport Package Exp., Inc.*, 885 F.2d 531, 538 (9th Cir. 1989). Absent such a showing, the Court should grant Plaintiffs' motion.

The only objection Defendants have raised is that the proposed Second Amended Complaint is in violation of Court's July 22, 2008 order denying Plaintiffs' motion to allege PAGA action seeking § 558 damages on behalf of all employees. Defendants complain that the proposed Second Amended Complaint continues to seek damages on behalf of other employees.

1  With all due respect, it seems that Defendants have never cared to read the proposed Second
2  Amended Complaint.  In fact, the proposed Second Amended Complaint in no way can be read
3  that Plaintiffs still seek damages on behalf any other employees but Plaintiffs themselves.
4      As such, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for leave to
5  file a Second Amended Complaint.

7  Date:  August 26, 2008                                By: /s/ Adam Wang           .
                                                                                   Attorney for Plaintiffs

PLAINTIFFS' REPLY BRIEF IN SUPPORT OF RE MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
Yang v. Shanghai Gourmet LLC, et al.
                                     2                             **Case No.: 07-04482 JL**