UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

<u>C-07-4482</u>           <u>JAMES LARSON</u>           DATE <u>September 3, 2008</u>
Case Number              Judge

Title: BAO YANG, et al. -v- SHANGHAI GOURMET, et al.

Attorneys: <u>ADAM WANG</u>           <u>JORDAN SUSSMAN</u>
          (Present after Hearing)

Deputy Clerk: <u>T. De Martini</u>   Court Reporter: <u>Connie Kuhl</u>
                                                Tape: 10:06 - 10:14

<u>Proceedings:</u>

Plaintiff's Motion to file a Second Amended Complaint


(xxx)Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (xxx)Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (xxx)Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: This matter was calendared for 9:30 A.M. At 9:50 A.M. Plaintiff's Counsel was not present, the Court took oral argument from the Defendants' Counsel. Judge Larson stated that he is inclined to deny the motion based on Plaintiff's failure to appear. At 10:06 A.M. Plaintiff's Counsel appeared. The Court took oral argument from Plaintiff's Counsel without Defendants Counsel being present. The Court decided to continue Plaintiff's Motion to a date in October. Counsel will be notified.