**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  Tom Tang,                            No. C 06-7912  JL and
                                         consolidated case, C-07-6444 JL
12              Plaintiff,               and

13      v.                               C-07-4482 JL

14  CCL Group Inc, et al.,               **NOTICE**

15              Defendants.
    _____
16
    Yang, et al.
17
                Plaintiffs,
18
        v.
19
    Shanghai Gourmet,
20
                Defendant
21

22
            Defendant's motion to quash subpoena (Docket # 12), previously noticed for hearing
23
    on October 1, at 9:30 a.m., is hereby continued for hearing on October 8 at 9:30 a.m.
24
            It is further ordered that in C06-7912 JL  Tang v. CCL & related case
25
    C07-6444 JL  Cai v. CCL, , Plaintiffs' Motion to file first amended complaint and
26
    C07-4482 JL Yang v. Shanghai Gourmet,   Plaintiffs' Motion to file second amended
27
    complaint are also set for further hearing on October 8 at 9:30 a.m.
28

1    IT IS SO ORDERED.

2   DATED: September 22,   2008

3

4   _____
    James Larson
5   Chief Magistrate Judge

6

7   G:\JLALL\CHAMBERS\CASES\CIVIL\06-7912\NOTICE.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California