1  ADAM WANG, Bar No. 201233
   LAW OFFICE OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel: (408) 292-1040
   Fax: (408) 416-0248

4  Attorney for Plaintiffs
   BAO YI YANG, WEI WANG & LIANG-XIAN FU
5

6                    UNITED STATES DISTRICT COURT

7              FOR DISTRICT OF NORTHERN CALIFORNIA

8  BAO YI YANG, WEI WANG, AND LIANG-   Case No.: C07-04482 JL
   XIAN FU,

9          Plaintiffs,                 STIPULATION TO CONTINUE THE PRE-
                                        TRIAL FILINGS
10     vs.
                                        Trial Date: July 19, 2010
11 SHANGHAI GOURMET, LLC dba            Time: 9:00 a.m.
   SHANGHAI GOURMET and DOES 1-10       Judge: Honorable James Larson
12
           Defendants

13        Parties, through their respective counsel, stipulate to continue the deadlines to make their

14 pre-trial filings as follows:

15        1.      On January 20, 2010, a further Case Management Conference was held, where the

16 Court set the trial for this matter on July 19, 2010. (Docket No. 75).

17        2.      However, although a Pre-Trial Order was prepared on January 21, 2010, it was

18 not filed and served on parties until July 2, 2010. (Docket No. 77).  As such, parties did not

19 have notice of the Pre-Trial Conference and the dates by which all the pre-trial filings are

20 supposed to be due until July 2, 2010.

21        3.      After meeting and conferring, parties are in the agreement to proceed with the

22 trial as currently scheduled.

23        4.      However, in light of lack of notice of the pre-trial deadlines, parries hereby

   stipulate to continue all the pre-trial deadlines to July 12, 2010 as set forth below:
24
          a.      No later than July 12, 2010, parties shall file a joint or separate Pre-Trial
25
   Statement;

**STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**
<u>**Yang v. Shanghai Gourmet, et al.**</u>                1                **C07-4482 JL**

b.    No later than July 12, 2010, parties shall file and serve upon the other parties the Pre-Trial Brief;

c.    No later than July 12, 2010, parties shall file and serve a list of excerpts from discovery that will be offered at trial, specifying the witnesses, page and line references and whether the expert is to be offered in lieu of testimony or as impeachment;

d.    No later than July 12, 2010, parties shall serve and file a list of witnesses likely to be called at trial, in person or by deposition, other than solely for impeachment or rebuttal, with a brief statement describing the substance of the testimony to be given;

e.    No later than July 12, 2010, parties shall serve and file a numerical list of exhibits (including demonstrative exhibits that may be admitted into evidence but not those that are purely illustrative), with a brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness;

f.    No later than July 12, 2010, parties shall exchange exhibits which shall be premarked, tabbed and in binders (plaintiff shall use numbers and defendant shall use letters); and deliver the original and **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed).  The label so marked on the exhibits shall conform to the requirements indicated in the Pre-Trial Order issued by this Court (Docket No. 77).

g.    No later than July 12, 2010, parties shall Serve and file proposed findings of fact and conclusions of law.

h.    No later than July 12, 2010, parties shall serve and file a proposed verdict form which contains no reference to submitting party.

5.    Parties stipulate that no motions in limine shall be filed.

6.    Parties further stipulate all objections to any pre-trial filings mentioned above by either party shall be waived, save that any party reserves rights to object to evidence introduced by the other party at the time of trial.

---

[PROPOSED] ORDER

.

**STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**
**Yang v. Shanghai Gourmet, et al.**            2            **C07-4482 JL**

1      GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS SO ORDERED.

2   Furthermore, Parties are further directed to comply with all remaining aspects of the

3   requirements of trial preparations set forth in this Court's Pre-Trial Order.

4      **SO ORDER.**

5   DATED:  July 6, 2010          By: /s/ Adam Wang
                                        ADAM WANG
6                                       Attorney for Plaintiffs

7

8   Dated:  July 6, 2010          By:  /s/ Arthur Liu
                                        ARTHUR LIU
9                                       Attorney for Defendants

10

11   July 12, 2010

12

13                              IT IS SO ORDERED
                                _James Larson_
14                              Judge James Larson

15                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

.

**STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**
**Yang v. Shanghai Gourmet, et al.**          3          **C07-4482 JL**