UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAO YI YANG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHANGHAI GOURMET, LLC,<br><br>        Defendant. | Case No.  3:07-CV-04482 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    The Court will hold a case management conference on **April 4, 2012 at 10:00 a.m.** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10.  No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order.  *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California.  The joint statement must include a disclosure of non-party interested entities or persons.  *See* Civil L.R. 3-16.  Please see this Court's Civil Standing Order for more information.

    IT IS SO ORDERED.

    DATED: March 20, 2012

                                                        NATHANAEL M. COUSINS<br>                                                        United States Magistrate Judge