UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO YI YANG, et al., | Case No.: C07-4482 NC |
| Plaintiffs, | ORDER |
| vs. | |
| SHANGHAI GOURMET, LLC, et al. | |
| Defendant. | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 9, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**