# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BAO YI YANG, et al,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**SHANGHAI GOURMET, LLC, et al**<br><br>    **Defendant.** | **Case No.: C07-4482 NC**<br><br>**ORDER** |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 9, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**