United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO YI YANG, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHANGHAI GOURMET, LLC, et al<br><br>    Defendant. | Case No.: C07-4482 NC<br><br>ORDER |

This case has been referred to the undersigned to oversee any and all settlement conferences. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 9, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**