# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BAO YI YANG, et al.,** | **Case No.: C-3:07-4482-NC (KAW)** |
| **Plaintiffs,** | **ORDER** |
| vs. | |
| **SHANGHAI GOURMET, LLC, et al.,** | |
| **Defendants.** | |

This matter is set for a settlement conference before the undersigned on June 13, 2012. The parties' settlement conference statements were due one week before the settlement conference, that is, on June 6. Dkt #128 (referring parties to the undersigned's Settlement Conference Standing Order). After the undersigned's courtroom deputy contacted the parties regarding the missed deadline, Defendants filed their settlement conference statement on June 7. Pursuant to the undersigned's standing order, Defendants were required to lodge, not file, their statement, and to send an electronic copy to kawchambers@cand.uscourts.gov. Plaintiffs have not lodged their settlement conference statement or submitted an electronic copy.

Accordingly, it is hereby ORDERED that the parties fully comply with the undersigned's standing order by midnight on June 11. Failure to comply with this order may result in the issuance of sanctions.

**DATE: June 8, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**