UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAO YI YANG; WEI WANG; and LIANG XIAN FU,<br><br>Plaintiffs,<br><br>v.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET; XU LIANG SHEN; and BO JUAN LIU,<br><br>Defendants. | Case No. 07-cv-04482 NC<br><br>**ORDER TO REMEDY DEFICIENCY**<br><br>Re: Dkt. No. 156 |

On May 28, 2014, the Court issued findings of fact and conclusions of law following the second bench trial, and ordered plaintiffs to file a supplemental trial brief on certain issues within 21 days of the order. Dkt. No. 156. To date, plaintiffs have failed to file a supplemental trial brief. Plaintiffs must remedy this deficiency immediately.

IT IS SO ORDERED.

Date: June 24, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge