# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO YI YANG; WEI WANG; and LIANG XIAN FU,<br><br>Plaintiffs,<br><br>v.<br><br>SHANGHAI GOURMET, LLC, dba SHANGHAI GOURMET; XU LIANG SHEN; and BO JUAN LIU,<br><br>Defendants. | Case No. 07-cv-04482 NC<br><br>**JUDGMENT** |

As detailed in the Findings of Fact and Conclusions of Law Following Second Bench Trial (ECF 156) and the Order After Post-Trial Briefs On Remedies (ECF 171), judgment is entered in favor of plaintiffs Wei Wang, Bao Yi Yang, and Liang Xian Fu and against defendants Shanghai Gourmet, LLC, dba Shanghai Gourmet, and Xu Liang Shen, only. The award for plaintiff Wang is $120,074; for Yang $23,259; for Fu $32,385, against defendants Shanghai Gourmet, LLC, dba Shanghai Gourmet, and Xu Liang Shen jointly and severally.

The Court also awards attorneys' fees to plaintiffs in the amount of $298,931.89, jointly and severally against Shanghai Gourmet, LLC dba Shanghai Gourmet ,and Xu Liang Shen. The Court retains jurisdiction to modify this order with an award of interest.

IT IS SO ORDERED.

Date: March 31, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge